IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                    *
                                          *   Case No.  10-32378 TJC
  Anil Chatterjee                         *
  Milagros B. Chatterjee                  *   Chapter 13
                                          *
     Debtor(s),                         *
*    *    *    *    *    *    *    *    *    *    *    *    *

### MOTION FOR AUTHORIZATION OF SALE OF REAL PROPERTY

COMES NOW, debtor, Anil Chatterjee, by and through counsel Morgan W. Fisher, and files this Motion for Authorization of Sale of Real Property Free and Clear of Encumbrances and pursuant to Rule 2002 (a)(2) of the United States Rules of Bankruptcy Procedure.  You are hereby notified of a proposed sale of the following property: 4102 Queensbury Road, Hyattsville, Maryland.  This property is owned jointly by debtor, Anil Chatterjee, TR Partners, LLC, and Sunil Chatterjee.

Pursuant to Local Bankruptcy Rule 6004-1(a), the following is submitted:

1)    An appraisal has not been performed;

2)    Based upon a market analysis performed by the real estate broker, the market value of this property is Seven Hundred Sixty Thousand and 00/100 Dollars ($760,000.00);

3)    The buyers are Vin Seibert and Karen Seibert.

4)    This is an Arm's Length Transaction between willing sellers and willing buyers, who have no other relationship;

5)    The property is to be sold for the sum of Seven Hundred Sixty Thousand and 00/100 Dollars ($760,000.00), with the settlement to occur as soon as this motion is approved.

6)    This is a cash transaction with no payment terms.

After satisfaction of the costs and expenses of sale and any liens, the Debtor's share of the balance of the proceeds, if any, are to be paid to the Chapter 13 Trustee subject to further orders of this Court. A copy of the HUD 1 settlement sheet is to be provided to the Trustee once the transaction is completed.

Creditors and other parties in interest with objections to the proposed settlement must file objections within twenty (20) days of the date of this Motion with the Clerk, United States Bankruptcy Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, MD 20770. The sale may be authorized without further notice or order if no objections are filed. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. Objections must contain a complete specification of the factual and legal grounds upon which they are based. Parties in interest with questions may contact the Trustee or Movant's undersigned attorney.

Debtor further requests that the ten day stay as required by FRBP 6004(g) be waived.

**MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

Dated: April 25, 2013                        /s/ Morgan W. Fisher
                                             Morgan W. Fisher, #28711
                                             155 Duke of Gloucester Street
                                             Annapolis, Maryland 21401
                                             (410) 626-6111
                                             mwf@lawrence-fisher.com
                                             Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent on this date by first class U.S. mail, postage prepaid, to Nancy Spencer Grigsby, Chapter 13 Trustee, 4201 Mitchellville Road, #401, Bowie, MD  20716 and all creditors on the attached matrix.

Date: 4/25/13  /s/ Morgan W. Fisher
Morgan W. Fisher