IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | |
| | Case No. 10-32378 TJC |
| Anil Chatterjee | |
| Milagros B. Chatterjee | Chapter 13 |
| | |
| Debtor(s), | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF HEARING</u>
<u>ON DEBTOR'S MOTION TO SELL REAL PROPERTY</u>
<u>FREE AND CLEAR OF ENCUMBRANCES</u>
<u>AND SETTING DEADLINE TO AMEND FILED PROOFS OF CLAIM</u>

    A Motion was filed on behalf of the debtor(s) for approval of the sale of real property free and clear of liens and encumbrances. The motion also requested that the standard ten day stay be waived. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may wish to consult one.) A copy of the motion is attached.

    If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then by May 20, 2013, you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

        Morgan W. Fisher
        155 Duke of Gloucester Street
        Annapolis, Maryland 21401

    If you mail, rather then deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

    The hearing on the motion will take place on June 4, 2013, at 10:00 a.m., in Courtroom 3-E, at the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

    If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

    In accordance with Local Bankruptcy Rule 4001-4(g), any amendment to a previously filed claim must be filed no later than twenty (20) days after the date of filing of this notice. Such amendments include amending a claim previously filed as a secured claim, to reflect an unsecured claim resulting from the effect of 11 U.S.C.§ 506(a) and/or liquidation of the collateral.

**MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING.  IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

DATE: April 25, 2013                     /s/ Morgan W. Fisher
                                         Morgan W. Fisher #28711
                                         Attorney for Debtor
                                         155 Duke of Gloucester Street
                                         Annapolis, MD 21401
                                         Telephone No. (410) 626-6111
                                         mwf@lawrence-fisher.com


**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent on this date by first class U.S. mail, postage prepaid, to Nancy Spencer Grigsby, Chapter 13 Trustee, 4201 Mitchellville Road, #401, Bowie, MD  20716 and all creditors on the attached matrix.

Date: 4/25/13                            /s/ Morgan W. Fisher
                                         Morgan W. Fisher


**NOTE: Service made pursuant to Federal Bankruptcy Rule 7004**
**Local Bankruptcy Form C**