IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                  *
                                        *          Case No.  10-32378 TJC
  Anil Chatterjee                       *
  Milagros B. Chatterjee                *          Chapter 13
                                        *
        Debtor(s),                      *
*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER APPROVING SALE OF REAL PROPERTY
## AND WAIVER OF TEN DAY STAY

Upon a motion and/or notice by the debtor for approval of sale and the application of

proceeds to pay-off the existing lien(s), it is by the United States Bankruptcy Court for the

District of Maryland,

**ORDERED**, that the sale noticed by the debtor in this case by notice filed April 25,

2013, of property known as 4102 Queensbury Road, Hyattsville, Maryland, is approved by the

court, under the terms of this Order; and it is further

**ORDERED**, that all debts secured by present liens upon the property shall be paid at

settlement; and it is further

**ORDERED**, that after payment of closing costs and satisfaction of liens upon the

property, the settlement officer shall remit directly to the Chapter 13 Trustee the lesser of the

amount required to pay off all allowed claims, or the Debtor's share of the total remaining net

proceeds, along with a copy of the fully executed settlement sheet (HUD-1); and it is further

**ORDERED**, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void; and it is further

**ORDERED**, that the ten day stay of this Order Approving Sale, pursuant to Rule 6004(g) of the United States Rules of Bankruptcy Procedure, is hereby waived and the sale may proceed according to the terms of this Order Approving Sale granted by this court.


cc:    Attorney for Debtor
       Chapter 13 Trustee




**END OF ORDER**