Anil & Milagros Chatterjee

10-32378    Claims Listing

| Name | Clm# | Filed | Description | Type | Princ. Paid | Princ. Owed | Claimed Amount | Sched Amount | % Paid | Int Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| EVERHOME MTG CO. | 4 | ü | MTG ARRS | M | $8.10 | $0.00 | $8.10 | $26,343.00 | 100.00% | |
| AFNI | 7 | | UNSECURED | U | $0.00 | $0.00 | $0.00 | $73.00 | | |
| BEST BUY | 8 | | UNSECURED | U | $0.00 | $0.00 | $0.00 | $522.00 | | |
| ECAST SETTLEMENT CORP | 9 | ü | UNSECURED | U | $20,401.74 | $0.00 | $20,401.74 | $20,934.00 | 100.00% | 6.00% |
| DFS SERVICES LLC | 10 | ü | UNSECURED | U | $9,248.81 | $0.00 | $9,248.81 | $9,039.00 | 100.00% | 6.00% |
| SPRINT NEXTEL - DISTRIBUTIONS | 11 | ü | UNSECURED | U | $432.06 | $0.00 | $432.06 | $432.00 | 100.00% | 6.00% |
| SEARS | 12 | | UNSECURED | U | $0.00 | $0.000 | $0.00 | $3,198.00 | | |
| ADAMS NATIONAL BANK | 1 | | MORTGAGE | M | $0.00 | $0.00 | $0.00 | $500,000.00 | | |
| NATIONSTAR MORTGAGE | 2 | ü | MORTGAGE | M | $0.00 | $0.00 | $0.00 | $133,085.00 | | |
| BANK OF AMERICA | 3 | | MORTGAGE | M | $0.00 | $0.00 | $0.00 | $99,850.00 | | |
| WELLS FARGO OP CTR | 5 | ü | MORTGAGE | M | $0.00 | $0.00 | $0.00 | $66,688.00 | | |
| WELLS FARGO | 6 | | MORTGAGE | M | $0.00 | $0.000 | $0.00 | 521,744.00 | | |

Unsecured claims:  $30,082.61