**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| In re: | * |
| | * |
| Anil Chatterjee & Milagros B. Chatterjee | *  Bankruptcy Case No. 10-32378 |
| | *  Chapter 13 |
| Debtors | * |

\*     \*     \*     \*     \*     \*     \*

**PROPOSED ORDER**

Upon Consideration of the Motion to Compel Trustee to File a Notice of Completion of Plan Payments and Entry of Discharge filed by Debtors' Counsel, the Court makes the following ruling:

**ORDERED**, that the Trustee shall immediately file a Notice of Completion of Chapter 13 Plan Payments; and, it is further

**ORDERED**, that upon filing of Affidavits Requesting Discharge and Certificates of Debtor Education, the Clerk shall enter a Discharge immediately upon the expiration of the 21 day notice period.

cc:   Debtors
      Morgan W. Fisher, Esq.
      All Parties to the Mailing Matrix
      Chapter 13 Trustee

**End of Order**